IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAYMOND HODGE,                    No. 2:06-cv-1553-MCE-DAD-P

      Petitioner,

  v.                                      ORDER

TOM L. CAREY, et al.,

      Respondents.
                                   /

Petitioner is a state prisoner proceeding pro se with a second or successive petition. After this action was dismissed without prejudice on August 25, 2006, petitioner attempted to file an appellate brief in the court of appeals in September 2006 and was advised that no appeal had been filed. Petitioner then filed, again in the court of appeals, a motion for extension of time to file an appeal. The motion was received in the court of appeals on October 16, 2006. On November 7, 2006, petitioner filed a notice of appeal in the court of appeals.

1

1  The notice is deemed filed in the district court on November 7,
2  2006.  See Fed. R. App. P. 4(d).
3       The district court may extend a party's time to file a
4  notice of appeal if the party moves for an extension within 30
5  days after the time for filing an appeal expires.  Fed. R. App.
6  P. 4(a)(5)(A).  If the district court grants an extension of time
7  to file a notice of appeal, the extension may not exceed 30 days
8  after the time for filing a notice of appeal expires or 10 days
9  after the date when the order granting the motion is entered,
10 whichever is later.  Fed. R. App. P. 4(a)(5)(C).  To obtain an
11 extension of time to file a notice of appeal, the party must show
12 excusable neglect or good cause.  Fed. R. App. P. 4(a)(5)(A)(ii).
13      The petitioner in this case was required to file his notice
14 of appeal in the district court within 30 days after August 25,
15 2006.  See Fed. R. App. P. 4(a)(1)(A).  Any motion for an
16 extension of time to file a notice of appeal had to be filed no
17 later than October 25, 2006.  Petitioner's motion was filed prior
18 to October 25, 2006.  In light of petitioner's pro se status, the
19 court finds excusable neglect and will grant petitioner an
20 extension of time to the date 10 days after this order is
21 entered.  Such an extension of time renders petitioner's November
22 7, 2006 notice of appeal timely.
23      Before petitioner can appeal the judgment entered in this
24 court on August 25, 2006, a certificate of appealability must
25 issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
26

1  Such a certificate may issue under 28 U.S.C. § 2253 "only if the
2  applicant has made a substantial showing of the denial of a
3  constitutional right."  28 U.S.C. § 2253(c)(2).  The district
4  court must issue a certificate of appealability indicating which
5  issues make the required showing or state the reasons why such a
6  certificate should not issue.  Fed. R. App. P. 22(b).  For the
7  reasons set forth in the magistrate judge's July 24, 2006
8  findings and recommendations, the petitioner in this case has not
9  made a substantial showing of the denial of a constitutional
10 right with regard to his second or successive habeas petition.
11      Accordingly, IT IS ORDERED that petitioner's motion for
12 extension of time to file an appeal is granted, the notice of
13 appeal received in the court of appeals on November 7, 2006 is
14 deemed timely, and a certificate of appealability should not
15 issue in this action.
16 DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE